IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Omar Alsomali,

      Plaintiff,                  Case: 2:17-cv-13969-TGB-RSW
                                             Honorable Terrence G. Berg

vs.

Nissan Motor Company LTD.,
and Nissan North America, Inc.,
a Foreign Corporation,

      Defendants.

**ORDER REGARDING PLAINTIFF'S SERVICE OF PROCESS
ON NISSAN MOTOR COMPANY, LTD., AND
<u>DISCOVERY RESPONSE DEADLINES</u>**

This matter having come before the Court by stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that Nissan Motor Company, Ltd. ("NML") will file a responsive pleading to Plaintiff's Complaint, in this case only, without Plaintiff's compliance with the service requirements of The Hague Convention.

**IT IS FURTHER ORDERED** that NML will accept service, in this case only, via certified mail at the following address:

                Legal Department
                Nissan Motor Co., Ltd.
                1-1, Takashima 1-chome, Nishi-ku
                Yokohama-shi, Kanagawa 220-8686
                Japan

19068809v1

**IT IS FURTHER ORDERED** that NML will file its responsive pleading, in this case only, within thirty (30) days of receipt of Plaintiff's Complaint via certified mail at the aforementioned address.

**IT IS FURTHER ORDERED** that is not necessary that Plaintiff's Complaint be translated.

**IT IS FURTHER ORDERED** that courtesy copies of all of Plaintiff's mailings shall be provided directly to Defendants' undersigned counsel.

**IT IS FURTHER ORDERED** that NML and Nissan North America, Inc. ("NNA") will have an additional sixty (60) days, ninety (90) days total following service, to respond to any and all written discovery requests during this litigation.

**IT IS FURTHER ORDERED** that Plaintiff will have an additional thirty (30) days, sixty (60) days total following service, to respond to any and all written discovery requests during this litigation.

**IT IS FURTHER ORDERED** that Plaintiff must give at least sixty (60) days' notice in requesting the FRCP 30(b)(6) deposition(s) of any NML corporate representative(s).

**IT IS FURTHER ORDERED** that any FRCP 30(b)(6) deposition(s) of any NML corporate representative(s) will be conducted in either the Bloomfield Hills, Michigan or Los Angeles, California offices of Bowman and Brooke LLP, as chosen by Defendants' undersigned counsel.

**IT IS FURTHER ORDERED** that this stipulated order will not constitute an appearance on behalf of NML.

**IT IS SO ORDERED.**

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

DATED: February 26, 2018

**I STIPULATE TO ENTRY OF THE ABOVE ORDER:**


/s/William J. McHenry (with consent)          /s/Thomas P. Branigan
William J. McHenry (P38458)                    Thomas P. Branigan (P41774)
Attorney for Plaintiff                         Attorney for NML and NNA